IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD ERIC WILLIAMS,** : | |
| Petitioner, : | |
| : | CRIMINAL NO. 08-00345-WS-B |
| vs. : | |
| : | CIVIL ACTION NO. 11-00318-WS |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 and Motion to Appoint Counsel are **denied.** It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability.

**DONE** and **ORDERED** this 25th day of April, **2012**.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**